UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:  06-672 M |
| v. | ) | |
| | ) | |
| MELVIN ERNEST GRUELLE, JR. | ) | DETENTION ORDER |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, in violation of 18 U.S.C. §§ 2252(a)(4)(B), 2252(B)(2) and 2256.

<u>Date of Detention Hearing</u>:    December 19, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant has no ties to the Western District of Washington.

(2)    Defendant has no stable residence and lives on a boat in Alaska.

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                               Rev. 1/91
PAGE 1

01  (3)  Defendant has dual United States and New Zealand citizenship.

02  (4)  Defendant is a Level 3 sex offender and is classified as a sexually violent

03  predator, which poses even greater concerns than it would otherwise pose, in light of the current

04  charges against the defendant.

05  (5)  There are no conditions or combination of conditions short of detention that will

06  reasonably assure the defendant's appearance at future Court hearings and that will address the

07  danger to other persons or the community.

08  .

09  IT IS THEREFORE ORDERED:

10  (1)  Defendant shall be detained pending trial and committed to the custody of the

11  Attorney General for confinement in a corrections facility separate, to the extent

12  practicable, from persons awaiting or serving sentences or being held in custody

13  pending appeal;

14  (2)  Defendant shall be afforded reasonable opportunity for private consultation with

15  counsel;

16  (3)  On order of a court of the United States or on request of an attorney for the

17  government, the person in charge of the corrections facility in which defendant

18  is confined shall deliver the defendant to a United States Marshal for the purpose

19  of an appearance in connection with a court proceeding; and

20  (4)  The Clerk shall direct copies of this Order to counsel for the United States, to

21  counsel for the defendant, to the United States Marshal, and to the United States

22  Pretrial Services Officer.

23

24

25

26

DETENTION ORDER                                                      15.13
18 U.S.C. § 3142(i)                                              Rev. 1/91
PAGE 2

01   DATED this 19th day of December 2006.

02

03                                        _James P. Donohue_

04                                        JAMES P. DONOHUE
                                          United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26